

Case 11-41560  Filed 10/11/12  Doc 137

FILED

OCT 11 2012

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

POSTED ON WEBSITE
NOT FOR PUBLICATION

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re                              )   Case No. 11-41560-E-13
                                   )   Docket Control No. PGM-3
SHAWN LAYHER,                      )
                                   )
            Debtor(s).             )
_____)

**This memorandum decision is not approved for publication and may not be cited except when relevant under the doctrine of law of the case or the rules of claim preclusion or issue preclusion.**

### MEMORANDUM OPINION AND DECISION

Shawn Layher, the Chapter 13 Debtor filed a Second Amended Chapter 13 Plan on April 27, 2012. Dckt. He filed a Motion to Confirm the Second Amended Plan and supporting Declaration, for which a hearing was set for June 12, 2012. DCN: PGM-3, Dckts. 110, 112. The Motion was properly noticed. Certificate of Service, Dckt. 114. At the June 12, 2012 hearing the court set an evidentiary hearing on the Motion. The Chapter 13 Trustee had filed an opposition to the Motion. Dckt. 119. The opposition asserted that the Debtor failed to provide sufficient evidence in support of confirmation, including inadequately explaining increases and decreases in expenses. The court noted the same

deficiencies, including the failure of the Debtor to provide evidence in support of the Motion. Instead, the Debtor's testimony was merely parroting the Bankruptcy Code and providing the court with the Debtor's layperson conclusions of law and findings of fact. Civil Minutes, Dckt. 125.

After reviewing supplemental pleadings filed by the Debtor on June 5, 2012, the Chapter 13 Trustee withdrew his opposition to the Motion. Dckt. 129. The Debtor sought to have the court confirm the plan without an evidentiary hearing based on the Trustee's objection having been withdrawn. The court did not find the Debtor's supplemental pleadings to be sufficient to explain the changes in expenses or provide the court with evidence to support confirmation.

For the September 26, 2012 Evidentiary Hearing the Debtor prepared and lodged with the court his Direct Testimony Statements and Exhibits. This evidence provides a basis for the court to determine that the requirements of 11 U.S.C. §§ 1325 and 1322 have been satisfied and confirmation of the plan is warranted. Though the Direct Testimony Statement of the Debtor does not address why the earlier amounts were not correct, the court is satisfied that the current expenses have not just been "made up" in order to exhaust the Debtor's income to reach a predetermined minimum projected disposable income amount.

The Second Amended Chapter 13 Plan filed on April 27, 2012, complies with 11 U.S.C. §§ 1325 and 1322, and is confirmed.

This Memorandum Opinion and Decision constitutes the court's findings of fact and conclusions of law pursuant to Federal Rule of Civil Procedure 52(a) and Federal Rules of Bankruptcy Procedure

9014 and 7052.  The court shall issue a separate order consistent with this Decision.

Dated: October 10, 2012

_____
RONALD H. SARGIS, Judge
United States Bankruptcy Court

|    |                                                                                                 |
|----|-------------------------------------------------------------------------------------------------|
| 1  | **CERTIFICATE OF MAILING**                                                                      |
| 2  | The undersigned deputy clerk in the office of the United                                        |
| 3  | States Bankruptcy Court for the Eastern District of California                                  |
| 4  | hereby certifies that the attached document(s) was served by mail                               |
| 5  | to the following entities listed at the address(es) shown below:                                |
| 6  | Service List:                                                                                   |
| 7  | David Cusick                                                                                    |
|    | PO Box 1858                                                                                     |
| 8  | Sacramento, CA 95812-1858                                                                       |
| 9  | Shawn Layher                                                                                    |
|    | 3000 Hassler Rd                                                                                 |
| 10 | Camino, CA 95709                                                                                |
| 11 | Peter Macaluso                                                                                  |
|    | 7311 Greenhaven Dr #100                                                                         |
| 12 | Sacramento, CA 95831                                                                            |
| 13 | Office of the U.S. Trustee                                                                      |
|    | Robert T Matsui United States Courthouse                                                        |
| 14 | 501 I Street, Room 7-500                                                                        |
|    | Sacramento, CA 95814                                                                            |

DATE: October 11, 2012

_Elizabeth Argento_
Deputy Clerk